

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00119-CV

SENRICK WILKERSON,

                                                            Appellant

 v.

HUNTSVILLE INSTITUTIONAL
PAROLE OFFICE, ET AL,

                                                            Appellees

From the 12th District Court
Walker County, Texas
Trial Court No. 1527660

## ORDER

Senrick Wilkerson's affidavit of indigence, Motion for Reporter's Record, and

Motion to be Assigned Counsel, each filed on April 27, 2016 did not contain a proper

proof of service as required by the Texas Rules of Appellate Procedure. By letter dated

April 29, 2016, the Clerk of this Court warned Wilkerson that the failure to provide a

proper proof of service for each document within 14 days from the date of the letter

would result in the Court striking the affidavit of indigence, Motion for Reporter's

Record, and Motion to be Assigned Counsel. More than 14 days have passed and Wilkerson has not provided the Court with proper proof of service for each document.

Accordingly, Wilkerson's affidavit of indigence, Motion for Reporter's Record, and Motion to be Assigned Counsel are stricken.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Order issued and filed June 2, 2016

